| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Gorton, Nathaniel M. | 2. Court or Organization<br><br>District Court - Massachusetts | 3. Date of Report<br><br>09/28/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Court - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>United States District Court<br>1 Courthouse Way, Suite 3110<br>Boston, MA 02210 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Stockholder, Clerk/Secretary and Director | Slade Gorton Seafood Holdings, Inc., Boston, MA (closely held family seafood business) a MA corporation |
| 2. | Power of Attorney/Trustee (See NOTE in Part VIII) | Fidelity money market accounts (for all stockholders of Slade Gorton Seafood Holdings, Inc.) all of whom are relatives of the reporting pa |
| 3. | Trustee (See NOTE in Part VIII) | Irrevocable Trust (created in connection with the estate plan of reporting party's sister) |
| 4. | Trustee (See NOTE in Part VIII) | 1989 Irrevocable Trust and Irrevocable Sub S Trust (both created in connection with the estate plan of reporting party's brother) |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 09/28/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 08/05/2016 | Slade Gorton Holdings, Inc. (closely held family seafood business) corporate clerk/secretary, director, custodian, trustee and accounting duties | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Lawyers Association | 04/01/2016 | New York City | Attend annual NYIPLA dinner at Waldorf Astoria | reimbursement for lodging and travel by train w/spouse from Boston to NYC |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 09/28/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Slade Gorton Seafood Holdings, Inc. (a MA corporation)(common stock) | E | Dividend | P1 | Q | | | | | See Section VIII |
| 2. Fidelity Cash Reserves (individual) | A | Int./Div. | K | T | | | | | |
| 3. Charitable Remainder Trust | | | | | | | | | See Section VIII |
| 4. - Abbvie Inc. (bond) | | None | | | Matured | 12/17/16 | J | A | |
| 5. - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 6. - Jack Henry & Associates | A | Dividend | J | T | | | | | |
| 7. - CVS Health Corp | A | Dividend | | | Sold | 11/11/16 | J | D | |
| 8. - CVS Caremark Corp (bond) | A | Interest | J | T | | | | | |
| 9. - Automatic Data Processing Inc | A | Dividend | J | T | | | | | |
| 10. - TJX Companies Inc. | A | Dividend | J | T | | | | | |
| 11. - Ecolab Inc. (bond) | | None | | | Matured | 12/08/16 | J | | |
| 12. - Ryder Systems Inc (bond) | A | Interest | J | T | | | | | |
| 13. - Medtronic Inc.(bond) | A | Interest | J | T | | | | | |
| 14. - Comcast Corp | A | Dividend | J | T | | | | | |
| 15. - Microsoft Corp | A | Dividend | J | T | | | | | |
| 16. - Abbvie, Inc. | A | Dividend | | | Sold | 05/25/16 | J | D | |
| 17. - Nike Inc | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 09/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - UnitedHealth Group Inc | A | Dividend | J | T | | | | | |
| 19. - Procter & Gamble Co | A | Dividend | J | T | | | | | |
| 20. - Costco Wholesale Corp | A | Dividend | K | T | | | | | |
| 21. - 3M Co | A | Dividend | J | T | | | | | |
| 22. - Emerson Electric Co | A | Dividend | | | Sold | 08/12/16 | J | C | |
| 23. - United Technologies Corp | A | Dividend | K | T | | | | | |
| 24. - RPM Corp | A | Dividend | K | T | | | | | |
| 25. - American Express Co | A | Dividend | | | Sold | 01/11/16 | J | B | |
| 26. - JP Morgan Chase & Co | A | Dividend | J | T | | | | | |
| 27. - Public Storage Inc | A | Dividend | | | Sold | 10/05/16 | J | B | |
| 28. - Novo Nordisk AS ADR-B | A | Dividend | J | T | Sold (part) | 04/26/16 | J | B | |
| 29. - Merck & Co. Inc. | A | Dividend | J | T | Buy | 05/20/16 | J | | |
| 30. - Patterson Cos Inc | A | Dividend | J | T | Buy | 05/20/16 | J | | |
| 31. - Waters Corporation | | None | J | T | Buy | 05/20/16 | J | | |
| 32. - Stericycle | | None | | | Buy | 08/12/16 | J | | |
| 33. | | | | | Sold | 10/13/16 | J | | |
| 34. - Astrazeneca Group PLC ADR | A | Dividend | J | T | Buy | 11/11/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 09/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Boston Financial Management, Inc. IRA | | | | | | | | | See Section VIII |
| 36. - Copart Inc. | | None | L | T | | | | | |
| 37. - Patterson Cos Inc | B | Dividend | L | T | Buy (add'l) | 05/20/16 | J | | |
| 38. - Jack Henry & Associates, Inc. | A | Dividend | K | T | | | | | |
| 39. - Check Point Software Tech Ltd | | None | | | Sold | 08/16/16 | J | | |
| 40. - Praxair, Inc. (bond) | B | Interest | K | T | | | | | |
| 41. - Stryker Corp (bond) | | None | | | Matured | 09/30/16 | K | | |
| 42. - Ecolab Inc (bond) | | None | | | Matured | 12/08/16 | K | | |
| 43. - Ford Motor Credit Co LLC (bond) | B | Interest | K | T | | | | | |
| 44. - Royal Bank of Canada (bond) | A | Interest | K | T | | | | | |
| 45. - CVS Caremark Corp (bond) | A | Interest | K | T | | | | | |
| 46. - Unilever Capital Corp (bond) | A | Interest | K | T | | | | | |
| 47. - Microsoft Corp | A | Dividend | K | T | | | | | |
| 48. - Comcast Corp | A | Dividend | J | T | | | | | |
| 49. - American Tower Corp - CL A | A | Dividend | K | T | | | | | |
| 50. - IShares TR S&P Midcap 400 | A | Dividend | L | T | | | | | |
| 51. - IShares TR S&P Small Cap 600 | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 09/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Emerson Elec Co | A | Dividend | | | Sold | 08/12/16 | L | E | |
| 53. - Verizon Communications (bond) | A | Interest | K | T | | | | | |
| 54. - Suntrust Bks Inc (bond) | | None | | | Matured | 03/15/16 | K | | |
| 55. - Capital One Finl Co (bond) | | None | | | Matured | 07/15/16 | K | | |
| 56. - Southern Co (bond) | | None | | | Matured | 09/10/16 | K | | |
| 57. - Lochheed Martin Corp (bond) | | None | | | Matured | 09/15/16 | K | | |
| 58. - Beam Inc. (bond) | A | Interest | K | T | | | | | |
| 59. - Pitney Bowes Inc (bond) | B | Interest | K | T | | | | | |
| 60. - Oneok Partners LP (bond) | A | Interest | K | T | | | | | |
| 61. - Nike Inc CL B | A | Dividend | L | T | | | | | |
| 62. - Diageo PLC ADR | A | Dividend | K | T | | | | | |
| 63. - Procter & Gamble Company | A | Dividend | J | T | | | | | |
| 64. - Anadarko Pete Corp | A | Dividend | | | Sold | 01/18/16 | K | D | |
| 65. - Chevron Corp | B | Dividend | L | T | | | | | |
| 66. - American Express Co | A | Dividend | | | Sold | 01/06/16 | L | D | |
| 67. - Chubb Corp | A | Dividend | | | Sold | 01/20/16 | K | B | |
| 68. - JP Morgan Chase & Co | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 09/28/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Abbvie Inc | A | Dividend | | | Sold | 05/20/16 | K | E | |
| 70. - Johnson & Johnson | B | Dividend | L | T | | | | | |
| 71. - Novo-Nordisk AS ADR-B | B | Dividend | L | T | | | | | |
| 72. - United Health Group Inc | A | Dividend | K | T | | | | | |
| 73. - 3M Co | A | Dividend | K | T | | | | | |
| 74. - United Technologies Corp | A | Dividend | K | T | | | | | |
| 75. - Cognizant Technology Solutions Corp | | None | | | Sold | 10/13/16 | J | | |
| 76. - Air Prods & Chems Inc | A | Dividend | K | T | | | | | |
| 77. - Versum Materials Inc (spinoff of Air Prods & Chems Inc | A | Dividend | | | Sold | 10/21/16 | J | A | |
| 78. - RPM International Inc Com | B | Dividend | M | T | | | | | |
| 79. - Avalon Bay Cmntys Inc | A | Dividend | | | Sold | 11/01/16 | K | E | |
| 80. - Matthews Asia Small Cos | A | Dividend | K | T | | | | | |
| 81. - Merck & Co Inc. (bond) | A | Interest | K | T | Buy | 02/24/16 | K | | |
| 82. - Autozone Inc. (bond) | A | Interest | K | T | Buy | 09/29/16 | K | | |
| 83. - Berkshire Hathaway Fin Corp (bond) | B | Interest | K | T | Buy | 10/31/16 | K | | |
| 84. - Apple Inc (bond) | A | Interest | K | T | Buy | 11/01/16 | K | | |
| 85. - NBC Universal Media LLC (bond) | B | Interest | K | T | Buy | 11/02/16 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 09/28/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Moodys Corp | B | Dividend | L | T | Buy | 01/06/16 | L | | |
| 87. - Waters Corporation | | None | K | T | Buy | 01/08/16 | K | | |
| 88. | | | | | Buy (add'l) | 05/20/16 | J | | |
| 89. - Chubb Limited | | None | | | Buy | 01/15/16 | J | | |
| 90. | | | | | Sold | 09/09/16 | K | B | |
| 91. - Merck & Co. Inc. | A | Dividend | K | T | Buy | 05/20/16 | J | | |
| 92. - Stericycle | | None | | | Buy | 08/12/16 | L | | |
| 93. | | | | | Sold | 10/13/16 | K | | |
| 94. - Easterline Technologies Corporation | | None | J | T | Buy | 08/19/16 | J | | |
| 95. - CME Group Inc | A | Dividend | J | T | Buy | 09/09/16 | K | | |
| 96. - Astrazeneca Group PLC ADR | A | Dividend | J | T | Buy | 11/11/16 | K | | |
| 97. Boston Financial Management, Inc. Revocable Trust | | | | | | | | | See Section VIII |
| 98. - CVS Caremark Corp (bond) | A | Interest | K | T | | | | | |
| 99. - Deere & Company (bond) | B | Interest | K | T | | | | | |
| 100. - Comcast Corp | A | Dividend | J | T | Buy (add'l) | 02/22/16 | J | | |
| 101. - TJX Companies Inc | A | Dividend | J | T | | | | | |
| 102. - Costco Whsl Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Unilever Plc ADR | A | Dividend | | | Sold | 08/23/16 | J | A | |
| 104. - Chubb Corp | A | Dividend | | | Sold | 01/15/16 | J | D | |
| 105. - Danaher Corp | A | Dividend | J | T | | | | | |
| 106. - Fortive Corp (spinoff of Danaher Corp) | A | Dividend | | | Sold | 08/15/16 | J | A | |
| 107. - Emerson Electric Co | A | Dividend | | | Sold | 08/12/16 | J | B | |
| 108. - Cognizant Technology Solutions Corp | A | Dividend | | | Sold | 10/13/16 | J | | |
| 109. - Welltower Inc. | B | Dividend | K | T | | | | | |
| 110. - IShares TR S&P Midcap 400 | A | Dividend | J | T | | | | | |
| 111. - IShares TR S&P Small Cap 600 | A | Dividend | J | T | | | | | |
| 112. - United Health Group Inc | A | Dividend | K | T | | | | | |
| 113. - Kellogg Co (bond) | | None | | | Matured | 05/30/16 | K | | |
| 114. - Amazon Com Inc | | None | K | T | Buy (add'l) | 02/22/16 | J | | |
| 115. - Nike Inc CL B | A | Dividend | J | T | | | | | |
| 116. - Anheuser Busch Inbev SA/NV-SP ADR | A | Dividend | J | T | | | | | |
| 117. - Diago Plc ADR | A | Dividend | K | T | Buy (add'l) | 02/22/16 | J | | |
| 118. - McCormick & Co Inc | A | Dividend | J | T | | | | | |
| 119. - Anadarko Pete Corp | A | Dividend | | | Sold | 01/08/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 09/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Chevron Corp | A | Dividend | J | T | | | | | |
| 121. - Schlumberger | A | Dividend | | | Sold | 04/29/16 | J | | |
| 122. - American Express Co | A | Dividend | | | Sold | 01/06/16 | J | A | |
| 123. - JP Morgan Chase & Co | A | Dividend | J | T | | | | | |
| 124. - Abbvie Inc | A | Dividend | | | Sold | 06/08/16 | J | C | |
| 125. - Bristol Meyers Squibb Co | A | Dividend | J | T | | | | | |
| 126. - Johnson & Johnson | A | Dividend | K | T | | | | | |
| 127. - United Health Group Inc. | A | Dividend | K | T | | | | | |
| 128. - 3M Co | A | Dividend | J | T | Buy (add'l) | 02/22/16 | J | | |
| 129. - United Technologies Corp | A | Dividend | J | T | | | | | |
| 130. - Apple Computer Inc | A | Dividend | J | T | | | | | |
| 131. - Automatic Data Processing | A | Dividend | J | T | | | | | |
| 132. - Check Point Software Tech Ltd | A | Dividend | | | Sold | 08/16/16 | J | A | |
| 133. - Microsoft Corp | A | Dividend | J | T | | | | | |
| 134. - Air Prods & Chems | A | Dividend | J | T | | | | | |
| 135. - Versum Materials (spinoff of Air Prods & Chems) | A | Dividend | | | Sold | 10/21/16 | J | A | |
| 136. - Praxair Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 09/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - RPM International Inc Com | A | Dividend | J | T | | | | | |
| 138.  - Avalonbay Cmntys Inc | A | Dividend | J | T | | | | | |
| 139.  - Public Storage Inc | A | Dividend | | | Sold | 10/05/16 | J | A | |
| 140.  - Oracle Corp (Bond) | A | Interest | K | T | | | | | |
| 141.  - Copart Inc. | | None | J | T | Buy (add'l) | 02/22/16 | J | | |
| 142.  - Patterson Cos Inc | A | Dividend | J | T | Buy (add'l) | 02/22/16 | J | | |
| 143.  - Norwood, MA - GO (Bond) | A | Interest | K | T | Buy | 07/20/16 | K | | |
| 144.  - Shrewsbury, MA - GO (Bond) | A | Interest | K | T | Buy | 07/21/16 | K | | |
| 145.  - Moodys Corp | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 146.  - Waters Corporation | | None | J | T | Buy | 01/08/16 | J | | |
| 147.  - Chubb Limited | A | Dividend | | | Buy | 01/15/16 | J | | |
| 148. | | | | | Buy (add'l) | 02/22/16 | J | | |
| 149. | | | | | Sold | 09/09/16 | J | B | |
| 150.  - Alphabet Inc-CL C | | None | J | T | Buy | 02/22/16 | J | | |
| 151.  - Stericycle | | None | | | Buy | 08/12/16 | J | | |
| 152. | | | | | Sold | 10/13/16 | J | | |
| 153.  - Esterline Technologies Corporation | | None | J | T | Buy | 08/16/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 09/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Carter Inc Com | A | Dividend | J | T | Buy | 08/23/16 | J | | |
| 155. - CME Group Inc | A | Dividend | J | T | Buy | 09/09/16 | K | | |
| 156. - Mastercard Inc - Class A | A | Dividend | J | T | Buy | 11/15/16 | J | | |
| 157. - Sun Life Finl Inc | A | Dividend | J | T | Buy | 11/15/16 | J | | |
| 158. Boston Financial Management Inc Revocable Trust | | | | | | | | | See Section VIII |
| 159. - Phillips 66 (Bond) | A | Interest | K | T | | | | | |
| 160. - Bristol Myers Squibb Co | A | Dividend | J | T | | | | | |
| 161. - Johnson & Johnson | A | Dividend | J | T | Buy (add'l) | 02/23/16 | J | | |
| 162. - Costco Wholesale Corp | A | Dividend | J | T | | | | | |
| 163. - Amazon.com Inc. | | None | J | T | Buy (add'l) | 02/23/16 | J | | |
| 164. - Automatic Data Processing Inc | A | Dividend | J | T | | | | | |
| 165. - Automatic Data Processing Inc. (Bond) | A | Interest | K | T | | | | | |
| 166. - Emerson Electric Co | A | Dividend | | | Sold | 08/12/16 | J | A | |
| 167. - United Technologies Corp | A | Dividend | J | T | | | | | |
| 168. - Apple Inc | A | Dividend | J | T | | | | | |
| 169. - Chubb Corp | A | Dividend | | | Sold | 01/15/16 | J | B | |
| 170. - American Express Co | | None | | | Sold | 01/06/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 09/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  - American Tower Corp | A | Dividend | J | T | | | | | |
| 172.  - Anheuser Busch Inbev SA/NV-SP ADR | A | Dividend | J | T | | | | | |
| 173.  - Diageo PLC ADR | A | Dividend | J | T | Buy (add'l) | 02/23/16 | J | | |
| 174.  - Wells Fargo & Co | | None | | | Sold | 06/17/16 | J | | |
| 175.  - Comcast Corp | A | Dividend | J | T | | | | | |
| 176.  - TJX Companies | A | Dividend | J | T | | | | | |
| 177.  - McCormick & Co Inc | A | Dividend | J | T | | | | | |
| 178.  - Unilever PLC ADR | A | Dividend | | | Sold | 08/23/16 | J | A | |
| 179.  - Check Point Software Tech Ltd | A | Dividend | | | Sold | 08/16/16 | J | A | |
| 180.  - Praxair Inc | A | Dividend | J | T | | | | | |
| 181.  - Kellogg Co (Bond) | | None | | | Matured | 05/30/16 | K | | |
| 182.  - Bank of Nova Scotia (bond) | | None | | | Matured | 03/29/16 | K | | |
| 183.  - Nike Inc - B | A | Dividend | J | T | | | | | |
| 184.  - Abbvie Inc | | None | | | Sold | 06/08/16 | J | B | |
| 185.  - United Health Group Inc | A | Dividend | J | T | | | | | |
| 186.  - Cognizant Technology Solutions Corp | A | Dividend | | | Sold | 10/13/16 | J | A | |
| 187.  - Microsoft Corp | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 09/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - 3M Co | A | Dividend | J | T | | | | | |
| 189. - Chevron Corp | A | Dividend | J | T | Donated (part) | | | | |
| 190. - Welltower Inc. | A | Dividend | J | T | Buy (add'l) | 02/23/16 | J | | |
| 191. - JP Morgan Chase & Co | A | Dividend | J | T | | | | | |
| 192. - Avalonbay Communities Inc | A | Dividend | | | Donated | | | | |
| 193. - Public Storage Inc | A | Dividend | | | Sold | 10/05/16 | J | A | |
| 194. - Schlumberger Ltd | | None | | | Sold | 04/29/16 | J | | |
| 195. - Gilead Sciences | | None | | | Sold | 12/16/16 | J | | |
| 196. - Novo-Nordisk AS ADR-B | A | Dividend | J | T | | | | | |
| 197. - Air Prods & Chems Inc. | A | Dividend | J | T | | | | | |
| 198. - Versum Materials Inc. (spinoff of Air Prods & Chems Inc.) | A | Dividend | | | Sold | 10/21/16 | J | A | |
| 199. - RPM International Inc Com | A | Dividend | J | T | | | | | |
| 200. - IShares TR S&P Midcap 400 | A | Dividend | J | T | | | | | |
| 201. - IShares TR S&P Small Cap 600 | A | Dividend | J | T | | | | | |
| 202. - Copart Inc | | None | J | T | | | | | |
| 203. - Patterson Cos Inc | A | Dividend | J | T | | | | | |
| 204. - Jack Henry & Associates Inc | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  - Apple Inc SR GLBL NT (Bond) | A | Interest | J | T | Buy | 05/27/16 | K | | |
| 206.  - US Treasury Note (Bond) | A | Interest | J | T | Buy | 08/29/16 | K | | |
| 207.  - Amgen, Inc. (Bond) | A | Interest | J | T | Buy | 09/01/16 | K | | |
| 208.  - Moodys Corp | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 209.  - Chubb Limited | A | Dividend | | | Buy | 01/15/16 | J | | |
| 210.  - | | | | | Buy (add'l) | 02/23/16 | J | | |
| 211.  - | | | | | Sold | 09/09/16 | J | A | |
| 212.  - Watsco Inc | A | Dividend | J | T | Buy | 02/23/16 | J | | |
| 213.  - Qualcomm Inc | A | Dividend | J | T | Buy | 07/21/16 | J | | |
| 214.  - Stericycle | | None | | | Buy | 08/12/16 | J | | |
| 215.  - | | | | | Sold | 10/13/16 | J | | |
| 216.  - Esterline Technologies Corporation | | None | J | T | Buy | 08/16/16 | J | | |
| 217.  - Carter Inc Com | A | Dividend | J | T | Buy | 08/23/16 | J | | |
| 218.  - CME Group Inc | A | Dividend | J | T | Buy | 09/09/16 | J | | |
| 219.  - Bank of America | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, Lines 2 - 4 NOTE: None of the beneficiaries of the trusts and accounts listed in Part I of which the reporting party is a trustee is a dependent of the reporting party and neither the reporting party nor his spouse has any beneficial interest in or control over the disposition of assets of such trusts and accounts.

Part VII, Line 1 - Income of the reporting party reported in Section VII is attributable to his pro rata share of the income of Slade Gorton Seafood Holdings, Inc. formerly SG Seafood Holdings, Inc. which is taxed as an S corporation whereby all corporate income is deemed passed through and taxable to the individual stockholders whether or not such income is, in fact, distributed. The value of the stock holdings is appraised from time to time by a certified financial planner, last done in 2012.

Part VII, Line 3 - In 1997 the reporting party and spouse funded a chartible remainder trust of which they are the income beneficiaries for life but in which they retain no right to principal.

Part VII, Lines 3, 35, 97 and 158 - The assets listed on these lines (and on the dashed ("-") lines that follow) are managed by Boston Financial Management, Inc., Boston MA and consist of stocks and bonds in publicly held companies and equity holdings based on certain indicies.

Part VII, Line 35 - The reporting party is now required to withdraw a certain minimum amount from his IRA account each year.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nathaniel M. Gorton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544